IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE CANNON, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | |
| SUPERINTENDENT GARMAN *et al.*, *Respondents* | : : : | No. 19-09 |

### ORDER

AND NOW, this 29 day of March, 2022, upon careful and independent consideration of *pro se* Petitioner Donte Cannon's Petition for Writ of Habeas Corpus (Doc. No. 1), the Respondents' Response to the Petition (Doc. No. 18), Magistrate Judge David R. Strawbridge's Report and Recommendation (Doc. No. 36), Mr. Cannon's Objections to the Report and Recommendation (Doc. No. 44), and Mr. Cannon's Motion for Appointment of Counsel (Doc. No. 45), for the reasons provided in the accompanying memorandum, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 36) is **APPROVED** and **ADOPTED**.

2. Mr. Cannon's Motion for Appointment of Counsel (Doc. No. 45) is **DENIED**.

3. The Petition for Writ of Habeas Corpus is **DISMISSED** with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case **CLOSED**, including for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE