IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE CANNON, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | |
| SUPERINTENDENT GARMAN *et al.*, *Respondents* | : : : | No. 19-09 |

## ORDER

AND NOW, this 26th day of April, 2022, upon consideration of Donte Cannon's *pro se* Motion to Alter or Amend Judgment Pursuant to FRCP 59(e), construed as a motion for reconsideration (Doc. No. 53), it is **ORDERED** that the Motion (Doc. No. 53) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE