IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE CANNON, *Petitioner* | : : : | CIVIL ACTION |
| v. | : : | |
| SUPERINTENDENT GARMAN *et al.*, *Respondents* | : : : | No. 19-09 |

## ORDER

AND NOW, this 18th day of December, 2023, upon consideration of Donte Cannon's *pro se* "Rule 60(b)" Motion (Doc. No. 61), Respondents' response in opposition (Doc. No. 64), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the Motion (Doc. No. 61) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1